IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:19-CV-80342-ROSENBERG

KK-PB FINANCIAL, LLC,

    Appellant,

 v.

160 ROYAL PALM, LLC,

    Appellee.

## NOTICE OF INTENT TO SEEK DIRECT CERFICATION

 Appellant, KK-PB Financial, LLC ("KK-PB"), by and through its undersigned counsel, in accordance with the Court's order dated November 4, 2019 [ECF No. 44], hereby provides notice that it intends to proceed with a direct appeal of the Estimation Order.  Further, KK-PB will file a Notice of Appeal on this Court's docket within the time prescribed by the Federal Rules of Appellate Procedure.

AMERICAS 98757854

Dated: November 8, 2019  
Miami, Florida

WHITE & CASE LLP

By: */s/ James N. Robinson*
James N. Robinson
Florida Bar No. 608858
John K. Cunningham
Florida Bar No. 542490
David P. Draigh
Florida Bar No. 624268
Fan B. He
Florida Bar No. 95597
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida  33131-2352
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744

*Counsel for KK-PB Financial, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: November 8, 2019
Miami, Florida

                                            By:  */s/ James N. Robinson*
                                                    James N. Robinson